# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MARGARET ANN JOY AND MICHAEL JOY, HETAL CHRISTIAN AND NILESH CHRISTIAN,

        Respondents

        v.

THE CUTLER GROUP, INC. AND DAVID CUTLER GROUP,

        Petitioners

: No. 334 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.